UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER JOZEFYK,

    Plaintiff,

v.                                                   Case No. 16-C-1361

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

    Plaintiff Christopher Jozefyk has filed a Notice of Appeal of this Court's Decision and Order on his complaint seeking review of the decision of the Commissioner of Social Security. Plaintiff has requested leave to proceed without prepayment of the filing fee on appeal, pursuant to 28 U.S.C. § 1915. It appears from his affidavit of indigence that he lacks the financial resources to pay the filing fee. Accordingly, his motion (ECF No. 24) is **GRANTED** and the filing fee is waived.

    **SO ORDERED** this 25th day of April, 2018.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach, Chief Judge
                                                      United States District Court